# Social Security Administration
# Retirement, Survivors and Disability Insura[nce]

**EXHIBIT B**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

SOCIAL SECURITY
1280 PONTIAC RD
PONTIAC, MI 48340-2238
Date: February 06, 2023
BNC#:
JWX

MICHAEL J DYDA
2323 DURHAM RD
SHELBY TOWNSHIP, MI 48317

Dear MICHAEL J DYDA

Michael Dyda, Nicole Dyda and Lindsay Dyda cannot be issued due to their religious beliefs. Therefore, they are ineligible for a Social Security Number or card.

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.

2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

3. You may also call your local office at 888-619-4768.

    SOCIAL SECURITY
    7385 TRIANGLE DRIVE
    STERLING HEIGHTS, MI 48314-9901

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*



SOCIAL SECURITY ADMINISTRATION
1280 Pontiac Road
Pontiac, Michigan 48340

FU: 350

2/6/2023