CERTIFICATION OF VITAL RECORD

# COUNTY OF OAKLAND
## STATE OF MICHIGAN

**EXHIBIT C**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
CERTIFICATE OF LIVE BIRTH
AUG - 7 2001

LF 002229
CF 823665
STATE FILE NUMBER: 39 121 -

**CHILD**
1. CHILD - NAME: Lindsay (First) Leone (Middle) Dyda (Last)
2. SEX: Female
3a. PLURALITY: Single
3b. IF NOT SINGLE - BORN 1ST, 2ND, 3RD, ETC.: —
4a. DATE OF BIRTH: [redacted]
4b. TIME OF BIRTH: 10:02 PM

**PLACE**
5a. HOSPITAL NAME: St Joseph Mercy - Oakland
5b. CITY, VILLAGE, OR TOWNSHIP OF BIRTH: Pontiac
5c. COUNTY OF BIRTH: Oakland

**CERTIFICATION**
6a. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE
SIGNATURE: /s/ Sonia L Washington
DATE: Jul 12, 2001
6b. CERTIFIER'S NAME & TITLE: Sonia S Washington, Clerk
6c. NAME AND TITLE OF ATTENDANT IF OTHER THAN CERTIFIER: Jonathan Zaidan, M.D.
6d. MAILING ADDRESS OF ATTENDANT: 1240 Lapeer Rd Lake Orion, MI 48360

7a. REGISTRAR'S SIGNATURE: /s/ Mary A. Williams
7b. DATE RECEIVED BY LOCAL REGISTRAR: JUL 25 2001

**MOTHER**
8a. MOTHER'S NAME: Darlene Marie Doerr
8b. SOCIAL SECURITY NUMBER: [redacted]
8c. STATE OF BIRTH: Michigan
8d. DATE OF BIRTH: [redacted]
8e. MOTHER - SURNAME BEFORE FIRST MARRIED: Doerr
8f. RESIDENCE: TWP. OF Snover
8g. COUNTY: Sanilac
8h. STATE: Michigan

BY AUTHORITY ACT 368, P.A. 1978

**FATHER**
9a. FATHER'S NAME: Michael John Dyda
9b. SOCIAL SECURITY NUMBER: [redacted]
9c. STATE OF BIRTH: Michigan
9d. DATE OF BIRTH: [redacted]

10a. I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SIGNATURE: /s/ Darlene Marie Doerr
10b. THE PARENT(S) REQUEST THAT INFORMATION ON THIS BIRTH BE RELEASED TO THE SOCIAL SECURITY ADMIN. FOR ISSUANCE OF A SOCIAL SECURITY NUMBER AND CARD.
☐ Yes  ☒ No

81P 10/98 (Formerly 8213P)
MDCH Form Number 0500600


16-376287

WARNING:
ANY REPRODUCTION IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND EMBOSSED SEAL OF COUNTY OF OAKLAND. NOT VALID IF PHOTOCOPIED.

MAY 21 2015
DATE

I, LISA BROWN, CLERK AND REGISTER OF DEEDS OF SAID COUNTY OF OAKLAND DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document on file in my office.

/s/ Lisa Brown
LISA BROWN
Oakland County Clerk and Register of Deeds

By: _____, Deputy Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE