An official website of the United States government Here's how you know

United States Department of Transportation

# FMCSA
### Federal Motor Carrier Safety Administration



Search

Home  /  FMCSA Registration

**IN THIS SECTION**  +

**Tags**

- 391.21
- driver application

---

**FMCSA Information Line**

1200 New Jersey Avenue SE
Washington, DC 20590
United States

**Phone:** 800-832-5660

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

---

# Must a driver's application for employment include a social security number (SSN), as required by section 391.21(b)(2), if the applicant has religious objections to the SSN and the Social Security Administration does not require him or her to hold such a

**Document**

📄 FMCSA-DQ-391.21-Q004.docx (20.84 KB)

**§391.21 Application for employment.**

**Guidance Q&A**

*Question 4:* Must a driver's application for employment include a social security number (SSN), as required by section 391.21(b)(2), if the applicant has religious objections to the SSN and the Social Security Administration does not require him or her to hold such a number?

*Guidance:* No.

**Regulatory Topic:** Driver employment application

Effective Date: Tuesday, March 30, 2004

Issued Date: Tuesday, March 30, 2004

---

**U.S. DEPARTMENT OF TRANSPORTATION**

**Federal Motor Carrier Safety Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

1-800-832-5660

**Subscribe To Email Updates**

**About**

About FMCSA

Regulations

Safety

Analysis

FMCSA Portal

**News and Events**

FMCSA Newsroom

Press Releases

Emergency Declarations

**Resources**

Career Center

Resources for Carriers

Resources for Consumers

Resources for Drivers

Forms

Contact Us

Trending Topics

**Policies, Rights, Legal**

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

Vulnerability Disclosure Policy

USA.gov

Web Policies and Notices

Web Standards